# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ACRES BONUSING, INC.,** et al., <br><br> Plaintiff, <br><br> v. <br><br> **LESTER MARSTON,** et al., <br><br> Defendants. | Case No.: 3:19-cv-5418-WHO <br><br> **ORDER ON STIPULATED RESCHEDULING OF THRESHOLD MOTIONS** <br><br> Date: March 11, 2020 <br> Time: 2 p.m. <br> Judge: William H. Orrick |

Before the Court are three motions to dismiss (Dkts. 29, 32-33) and two motions to strike. (Dkts. 30-31.) Only Plaintiff Acres Bonusing, Inc. ("ABI") is subject to the motions to strike.

These motions are all scheduled under a stipulated scheduling agreement between the Parties. As part of the stipulated scheduling agreement, Plaintiffs may request their time to respond to any of Defendants' motions be extended by up to forty-five days. (Dkt. 28, ¶7.)

Plaintiffs jointly request their time to respond to Defendants' motions to dismiss be extended by fifteen-days to February 18, 2020. Plaintiff, ABI, requests its time to respond to the motions to strike be extended by forty-three days to March 19, 2020.

1

**ORDER ON STIPULATED RESCHEDULING OF THRESHOLD MOTIONS**

IT IS HEREBY ORDERED the parties shall adhere to the following schedules:

**For the Motions to Dismiss at Dockets 29, 32 and 33:**

    2/18/2020: Plaintiff Oppositions

    2/25/2020: Defendant Replies

    3/11/2020: Motions Heard

**For the Motions to Strike at Dockets 30 and 31:**

    3/19/2020: Plaintiff Oppositions

    3/26/2020: Defendant Replies

    4/15/2020: Motions Heard

Dated: February 3, 2020

_____
District Court Judge